# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | CASE NO.1:10CR00328 |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Marcus Anthony Wilmington | ) | |
| | ) | |
| Defendant | ) | |

The defendant and his counsel, Timothy Ivey appeared before this Court on July 24, 2012.

A report and recommendation was filed on July 17, 2012.  See docket #16.  The Court adopts the report and recommendation of Magistrate Judge William H. Baughman, Jr. and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant's supervised release is hereby revoked and the defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months with credit for time already served in custody.  Upon release from confinement the period of supervised release is terminated.

July 24, 2012                                                          *s/David D. Dowd, Jr.*
   Date                                                                     DAVID D. DOWD, JR.
                                                                                   U. S. DISTRICT JUDGE